**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BRITTANY MAINS, | ) | CASE NO. 1:18CV01380 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is VACATED and the case REMANDED for further proceedings consistent with the Court's decision.

**IT IS SO ORDERED.**

    *s/Jonathan D. Greenberg*
    Jonathan D. Greenberg
    United States Magistrate Judge

Date: March 21, 2019